# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-4107

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Minnesota. |
| | * | |
| Julian Castaneda, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: September 2, 2005
Filed: September 23, 2005

_____

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Julian Castaneda appeals the sentence the district court imposed after Castaneda was convicted of drug charges. Citing United States v. Booker, 125 S. Ct. 738 (2005), Castaneda argues for the first time the district court committed error in sentencing him under a mandatory Guidelines scheme. We conclude the Booker error is plain, and given the court's comments at sentencing while choosing a sentence at the bottom of the Guidelines range, Castaneda has shown a reasonable probability he would have received a lesser sentence under advisory Guidelines. See United States v. Pirani, 406 F.3d 543, 550-53 (8th Cir. 2005) (en banc), petition for cert. filed, (U.S. July 27, 2005) (No. 05-5547). Accordingly, we remand for resentencing.

_____